**Order entered May 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00036-CV

**LANDAMERICA COMMONWEALTH TITLE COMPANY, ET AL., Appellants**

**V.**

**MICHAEL WIDO, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-17536**

## ORDER

We **GRANT** appellants' May 9, 2014 unopposed second motion for an extension of time to file a brief. Appellants shall file their brief on or before **June 18, 2014**. We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
          JUSTICE